EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  541-2850
Facsimile:  541-2958
wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL KALANI GUITERAS, Defendant. | CR. NO. CR03-00003 DAE **INDICTMENT** [18 U.S.C. § 922(g)(3); 18 U.S.C. § 924(a)(2)] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

That on or about December 25, 2002, in the District of Hawaii, defendant PAUL KALANI GUITERAS, then being an unlawful

user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson model 66-8, .357 magnum caliber revolver, bearing Serial Number BPC5905.

In violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

That on or about December 25, 2002, in Hilo, Hawaii, within the District of Hawaii, defendant PAUL KALANI GUITERAS, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce ammunition.

//
//
//
//
//
//
//
//
//
//

In violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: January 3, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. PAUL KALANI GUITERAS
Cr. No.
"INDICTMENT"