# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00003DAE |
| CASE NAME: | United States of America Vs. Paul Kalani Guiteras |
| ATTYS FOR PLA: | Darren W. K. Ching and Probation Officer-Mark Nugent and ATF Agent Charles Pang |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/20/2007 | TIME: | 10:01am-l0:04am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not Be Revoked-Defendant present in Custody.

Defendant admits to alleged Violations of Supervised Release No.s' 1, 2, 3, 4-is withdrawn and 5 as stated in the Request for Course of Action filed on 2/8/2007.

Court hereby finds that the Defendant did violate Conditions of Supervised Release and hereby Revokes the Defendant's Supervised Release.

Sentence-Imprisonment-10 Months

Mittimus Forthwith

Defendant advise of his right to appeal.


Submitted by Leslie L. Sai, Courtroom Manager