AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 30 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PAUL KALANI GUITERAS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:03CR00003-001**<br>USM Number: 89155-022<br><br>Donna Gray, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s)  General Condition, Special Condition No. 6, Standard Condition No. 3  of the term of supervision.

[ ] was found in violation of condition(s) ___ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 20, 2007
Date of Imposition of Sentence

_Signature of Judicial Officer_

Defendant's Soc. Sec. No.: **3336**

Defendant's Residence Address:
**Papaikou, HI 96781**

Defendant's Mailing Address:
**Papaikou, HI 96781**

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

AUG 3 0 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00003-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | PAUL KALANI GUITERAS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On 12/17/2004, the subject submitted a urine specimen which was positive for methamphetamine | |
| 2 | In March 2006, the subject failed to notify the probation officer at least 10 days prior to a change in his employment status | |
| 3 | On 3/30/2006, the subject failed to truthfully answer probation officer inquiries | |
| 4 | That on or about 1/3/2007, the subject engaged in conduct constituting Being a Felon in Possession of Ammunition, in violation of 18 U.S.C. Section 922(g)(1) and (24(a)(2) | |
| 5 | That the subject admitted that on or about 1/27/2007, he smoked methamphetamine | |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00003-001                                    Judgment - Page 3 of 3
DEFENDANT:      PAUL KALANI GUITERAS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 MONTHS

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

       Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

                                                   _____
                                                   UNITED STATES MARSHAL

                                             By    _____
                                                   Deputy U.S. Marshal