AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

76227

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00003DAE-01 |
| Paul Kalani Guiteras | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 16 2007
at 10 o'clock and __ min. A M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Paul Kalani Guiteras and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

2007 FEB -9 AM 9:33
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer/Deputy Clerk* | February 8, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL          By: David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI | | |
| Date Received 2-9-07 | NAME AND TITLE OF ARRESTING OFFICER Russell Nakasato D USM | SIGNATURE OF ARRESTING OFFICER |
| [Date] of Arrest 2-9-07 | | |